# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
JOHN MALCOLM BARESWILL ) Case No. 2:20-mj-230
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 7, 2020** in the city/county of **Virginia Beach** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Use of a telephone or other instrument of interstate or foreign commerce to make any threat concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual, or unlawfully to damage or destroy any building or other real property by means of fire. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

/s/ Andrew Bosse, AUSA
*Printed name and title*

*Complainant's signature*

FBI Special Agent Alex L. Cava
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**telephone** *(specify reliable electronic means)*.

Date: 6/11/2020

*Judge's signature*
UNITED STATES MAGISTRATE JUDGE

City and state: Norfolk, Virginia

United States Magistrate Judge Robert J. Krask
*Printed name and title*

Print  Save As  Spellcheck  Reset Form

