IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:20-cr-61 |
| | ) | |
| v. | ) | 18 U.S.C. § 844(e) |
| | ) | Threat to Kill, Injure, and Intimidate, and |
| JOHN MALCOLM BARESWILL, | ) | Threat to Unlawfully Damage or Destroy |
| | ) | a Building, by Means of Fire |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about June 7, 2020, within the Eastern District of Virginia, the defendant, JOHN MALCOLM BARESWILL, through the use of a telephone, willfully made a threat concerning an alleged attempt to be made to kill, injure, and intimidate any individual and individuals, and unlawfully to damage and destroy any building, to wit: the New Hope Baptist Church, located in Virginia Beach, Virginia, by means of fire, in or affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 844(e).)

G. Zachary Terwilliger
United States Attorney

By: _____
Andrew Bosse
Assistant United States Attorney