October 7, 2020
The Hon. Raymond A. Jackson, District Judge
United States District Court
Walter E. Hoffman U.S. Courthouse
600 Granby St.
Norfolk, VA 23510

Re: United States v. John Bareswill

Dear Judge Jackson,
My name is Jacquelyn Bareswill; Johns daughter-in-law. I have known John since September 2014. John has always treated me with respect and kindness. He has been a wonderful father-in-law to me because of his generous heart and caring nature towards his family. I grew up in a close Italian family and felt it very heartwarming that he welcomed me into his family with open arms. So often he would call me while my husband was working underway to see if I needed help with anything around the house or simply just to check on me. John was the best man at our wedding and he spoke so genuinely about our new adventure in life and gave us the advice to always remember what brought Brent and I together – love. Hearing what he had been accused of seemed so out of character for the man I have known for the last six years. I do know he has been through quite a bit over the last two years with his business and personal life. I hope that you will consider this character statement when finalizing your verdict.

Thank you for taking the time to read my letter.

Respectfully,
Jacquelyn Bareswill