9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk Division

# SENTENCING MINUTES

| | | | |
|---|---|---|---|
| Set: | 10:00 a.m. | Date: | November 12, 2020 |
| Started: | 10:00 a.m. | Judge: | Raymond A. Jackson, USDJ |
| Ended: | 10:35 a.m. | Court Reporter: | Carol Naughton, OCR |
| | | U.S. Attorney: | Andrew Bosse, AUSA |
| | | Defense Counsel: | James Broccoletti, Ret. |
| | | Courtroom Deputy: | Patrice Thompson |
| | | Probation Officer: | Jeffrey Noll, USPO |
| | | Interpreter | |

Case No.     2:20cr61
Defendant:   John Malcolm Bareswill      ( X ) In Custody     ( ) On Bond

__X__  Came on for disposition.  _____ Deft. Sworn.  _____ Interpreter sworn
__X__  Deft satisfied with advice, counsel, and effectiveness of counsel.
_____ Court adjudged deft. guilty of count _____ of the _____
_____ Govt/Deft's _____ motion for downward departure.
                   _____ motion for acceptance of responsibility.
                   _____ Granted.     _____ Denied.

_____ Presentence Report reviewed.     Objections heard and rulings made.
_____ Court adopts PSR for the purpose of establishing the advisory guidelines.
__X__  Due Process Protection Act Order, ent. & filed in open court.
__X__  Evidence presented. (Witnesses and exhibits listed on last page)
__X__  Arguments of counsel heard.   __X__   Statement of deft. heard.

# IMPRISONMENT:

SENTENCE: Counts __1__ : The deft. shall be committed to the custody of the BOP to be imprisoned for a total term of __24__ months. The term consists of _____ months on count _____, a term of _____ months on count _____ and _____ months on count _____, all to be served concurrently/consecutively.

__X__    The deft. is remanded to the custody of the U.S. Marshal.

_____   The deft. shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

_____   If deft. is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

_____   If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____ _____, to begin service of the sentence.

# PROBATION:

_____ The deft. shall be placed on probation for a term of _____ years.

# SUPERVISED RELEASE:

X_____ Upon release from imprisonment, the deft. shall be on supervised release for a term of __2____ year. This term consists of _____ years on count _____, a term of _____ years on count _____, and a term of _ years on count, all to run concurrently.

_____ The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised Release/Probation:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

_____ The deft. shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of commencement on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

X_____ As reflected in the presentence report, the deft. presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 USC 3563 (a)(5). However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

_____ It shall be a condition of supervised release that the deft. pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## Special Conditions of Supervised Release/Probation:

_____ If the deft tests positive for illicit substances, he shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the deft. has reverted to the use of drugs or alcohol, with partial costs to be paid by the deft., all as directed by the probation officer.

_____ The deft. shall waive all rights of confidentiality regarding substance abuse / ~~mental health~~ treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

_____ Upon completion of the term of imprisonment, the deft. is to be surrendered to a duly-authorized immigration official of the Department of Homeland Security United States Immigration and Customs Enforcement for a deportation review in accordance with established procedures provided by the Immigration and Naturalization Act. As a further condition of supervised release, if ordered deported, the deft. shall remain outside of the United States.

_____ The deft. shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid by the defendant as directed by the probation officer.

_____ The deft. shall pay support for his minor child(ren) in the amount ordered by any social service agency or court of competent jurisdiction, and shall register with the Department of Child Support Enforcement in any state in which he resides.

_____ The deft. shall apply monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.

_____ The deft. shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

_____ The deft. shall provide the probation officer access to any requested financial information.

_____ The deft. is prohibited from engaging in any occupation where the deft. would have access to another individual's personal information or money.

_____ The offender shall participate in the Treasure Offset Program (TOP) as directed by the probation officer.

_____ The deft. shall participate in an educational and/or vocational program as directed by the probation officer.

_____ The defendant shall obtain a GED or a vocation skill during his period of supervision if not employed full-time.

_____ The deft. shall be on Home Detention, which shall include electronic monitoring at the deft's expense, for a period of _____ consecutive months/days. During this time, he/she shall remain at his\her place of residence except for employment and other activities approved in advance by the probation officer.

_____ Deft shall maintain a telephone at his place of residence without party lines, telephone answering machines, a modem, "call forwarding," "caller ID," "call waiting@, portable cordless telephones or any other devices or services that may interfere with the proper functioning of the electronic monitoring equipment for the above period. Deft shall wear an electronic monitoring device, follow electronic monitoring procedures, and pay the cost of electronic monitoring, all as directed by the probation officer.

_____ The deft. shall comply with the requirements of the computer monitoring program as administered by the Probation Office. The deft. shall consent to the installation of computer monitoring software on any computer to which the deft. Has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The deft. shall also notify others of the existence of the monitoring software. The deft. shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring shall be paid by the deft.

_____ The deft. shall consent to the use of wi-fi detection devices, to allow the probation officer to detect the presence of wireless signals inside or outside of the defts. residence.

**Sex Offender Special Conditions:**

_____ The defendant shall participate in a program approved by the United States Probation Office for mental health treatment, to include a psychological evaluation, and sex offender treatment. The costs of these programs are to be paid by the defendant as directed by the probation officer. The defendant shall waive all rights of confidentiality regarding sex offender/mental health treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

_____ The defendant shall register with the state sex offender registration agency in any state where the defendant resides, works, and attends school as directed by the probation officer.

_____ Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall register with the state sex offender registration agency in any state where the defendant resides, works, and attends school, according to federal and state law and as directed by the probation officer.

_____ Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall submit to a search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of supervision, upon prior notification to and approval by the Court or with a warrant.

_____ The defendant shall submit to polygraph testing as directed by the United States Probation Officer as part of his sex offender therapeutic program. The costs of the testing are to be paid by the defendant as directed by the probation officer.

_____ The defendant shall not possess or use a computer to access any online computer services at any location, including employment, without the prior approval of the probation officer. This includes any internet service providers, bulletin board systems, or any other public or private computer network.

_____ The defendant shall have no contact with minors unless supervised by a competent, informed adult, approved in advance by the probation officer.

_____ If recommended by the sex offender treatment provider, the defendant shall submit to penile plethysmograph testing, or a comparable test, as directed by the United States Probation Office as part of his sexual offender therapeutic treatment. The costs of the testing are to be paid by the defendant, as directed by the probation officer.

_____ The defendant shall not utilize any sex-related adult telephone services, websites, or electronic bulletin boards. The defendant shall submit any records requested by the probation officer to verify compliance with this condition including, but not limited to, credit card bills, telephone bills, and cable/satellite television bills.

_____ The defendant shall not accept any paid or volunteer positions involving children.

_____ The defendant shall not have any access to or possess any pornographic material or pictures displaying nudity or any magazines using juvenile models or pictures of juveniles.

_____ The deft. shall submit to an Able Assessment for Sexual Interest (ASSI) as directed by the U.S. Probation Office as part of his sexual offender therapeutic treatment. The costs of the testing are to be paid by the deft as directed by the probation officer.

_____ The deft shall participate in a program approved by the U.S. Probation office for the treatment and monitoring of sex offenders, with partial cost to be paid by the deft., all as directed by the probation officer.

_____ The deft. shall comply with the requirements of the computer monitoring program as administered by the Probation Office. The deft. shall consent to the installation of computer monitoring software on any computer to which the deft. has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The deft shall also notify others of the existence of the monitoring software. The deft. shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring shall be paid by the deft.

_____ The deft. shall not sell or offer to sell any item on the internet for another person or entity without preapproval and authorization from the Court or probation officer. This includes, but is not limited to, selling items on internet auction sites.

_____ During the term of supervision, the deft. shall not possess or utilize any video gaming system, console, or other such device which would enable contact and/or the sharing of data with other individuals known or unknown to the deft.

_____ The deft shall consent to the use of Wi-Fi detection devices, to allow the probation officer to detect the presence of wireless signal inside or outside of the defts residence.

## Illegal Alien Special Conditions:

_____  As a condition of supervised release, upon completion of the term of imprisonment, the defendant is to be surrendered to a duly-authorized immigration official of the Department of Homeland Security Bureau of Immigration and Customs Enforcement for deportation in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. Section 1101, et seq. As a further condition of supervised release, if ordered deported, the defendant shall remain outside the United States.

_____  If at anytime the defendant illegally reenters the United States during the term of supervised release, his illegal reentry will be a violation of supervised release, as well as a violation of law.

## FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

| X | As to count | 1 | , the deft shall pay a special assessment in the amount of | $100.00 | . |
| | As to count | | , the deft shall pay a special assessment in the amount of | | . |
| | As to count | | , the deft shall pay a special assessment in the amount of | | . |
| | As to count | | , the deft shall pay a special assessment in the amount of | | . |

The total special assessment due is $ __100.00__ and shall be due in full immediately.

Any balance remaining unpaid on the ~~fine~~/special assessment at the inception of supervision, shall be paid by the deft. in installments of not less than $50.00 per month, until paid in full. Said payments shall commence sixty (60) days after defts. supervision begins.

## FINE:

__X__  Court finds deft. is unable to pay fine.

_____  The deft. shall pay a fine in the amount of $_____.

## RESTITUTION:

_____  The deft. shall make restitution in the amount of $_____.

_____  Interest waived

_____  Restitution Judgment Order, entered and filed in open court.

## SCHEDULE OF PAYMENTS:

_____  Interest will not accrue if the special assessment/fine/restitution is paid in accordance with the schedule, or any modified schedule, set by this court.

_____  The special assessment/fine/restitution is due and payable immediately. Any balance remaining unpaid on the special assessment/fine/restitution at the inception of supervision, shall be paid by the deft. in installments of not less than $_____ per month, until paid in full. Said payments shall commence _____ days after deft's supervision begins.

9ev. 02/2006

_____ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment/fine/restitution ordered and shall notify the court of any change that may need to be made to the payment schedule.

_____ Each restitution payment shall be divided proportionately among the payees named.

_____ Restitution shall be made jointly and severally with _____.

_____ Nothing in the Court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.

_____ Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

_____ Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

_____ The deft. shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

X_____ The deft. notified of right of appeal.

X_____ Court noted that deft. waived right of appeal in plea agreement.

_____ On motion of gov't, remaining counts dismissed.

_____ The deft. is continued on present bond and cautioned re bail jumping.

X_____ Court recommends to the Bureau of Prisons:

    X_____ The deft. be incarcerated in or near the State of North Carolina.

    _____ The deft. be enrolled in a mental health program.

    _____ The deft. be enrolled in a GED/educational program.

    _____ The deft be enrolled in a drug education program.

    _____ The deft be enrolled in a 500 hour Residential Drug Abuse Program (RDAP).

    _____ The deft be enrolled in a substance abuse treatment program.

    _____ The deft be enrolled in a vocational education program.

_____ Consent Order of Forfeiture, executed and filed in open court.

## Additional Counts/Comments:

Government Exhibits:
1-3. Sealed exhibits